UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOANNE GRAHAM,                                              Docket No. 11-CV-05182

                Plaintiff,                                 (Bianco, J.)

      -against-

THREE VILLAGE CENTRAL SCHOOL
DISTRICT,

                Defendant.
------------------------------------------------------------X

## DECLARATION OF BRANDON OKANO, ESQ.

Brandon Okano, an attorney duly admitted to practice law in the State of New York and District Court of the Eastern District of New York, hereby declares and affirms to the following under penalty of perjury:

1. I am associated with the law firm of Leeds Brown Law, P.C., One Old Country Road, Suite 347, Carle Place, New York 11514, attorneys for the Plaintiff, Joanne Graham. As such, I am fully familiar with the facts set forth herein.

2. Annexed hereto as Exhibit "1" is a true and accurate copy the deposition transcript of Joanne Graham.

3. Annexed hereto as Exhibit "2" is a true and accurate copy of the deposition transcript of Alan Baum.

4. Annexed hereto as Exhibit "3" is a true and accurate copy of the deposition transcript of Michael Owen.

5. Annexed hereto as Exhibit "4" is a true and accurate copy of the deposition transcript of Neil Lederer.

6. Annexed hereto as Exhibit "5" is a true and accurate copy of the deposition transcript of Mary Castiglie.

7. Annexed hereto as Exhibit "6" is a true and accurate copy of a Memorandum from Robert Clark, dated March 10, 2005.

8. Annexed hereto as Exhibit "7" is a true and accurate copy of Joanne Graham's Declaration, sworn to on April 9, 2013.

9. Annexed hereto as Exhibit "8" is a true and accurate copy of Joanne Graham's Complaint.

10. Annexed hereto as Exhibit "9" is a true and accurate copy of a diagnostic note from Joanne Graham's neurologist, Dr. Frederic A. Mendelsohn, dated November 4, 1999.

11. Annexed hereto as Exhibit "10" is a true and accurate copy of Defendant's list of tenure candidates recommended for termination, tenure, and extension of probation.

12. Annexed hereto as Exhibit "11" are true and accurate copies of medical documents concerning Plaintiff's disability.

Dated: April 10, 2013
       Carle Place, New York

                                        Respectfully submitted,

                                        **LEEDS BROWN LAW, PC**
                                        *Attorneys for Plaintiff*
                                        One Old Country Road, Suite 347
                                        Carle Place, New York 11530
                                        (516) 248-5550

By: _____
   Brandon Okano, Esq.
   *For the firm*